**Dismissed and Memorandum Opinion filed September 9, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00692-CR

### LESLIE KING, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 0946675**

## M E M O R A N D U M   O P I N I O N

After a jury trial, appellant was convicted of the offense of aggravated robbery and sentenced to thirty years in prison on December 4, 2003. This court affirmed appellant's conviction in an opinion issued February 8, 2005. *See King v. State*, 157 S.W.3d 873 (Tex. App.—Houston [14th Dist.] 2005, pet. ref'd). Appellant filed a subsequent pro se notice of appeal from the same conviction on August 15, 2014.

A defendant's notice of appeal must be filed within thirty days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal which complies with the requirements of Rule 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Brown, and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).